**EPSTEIN DRANGEL LLP**
Ashly E. Sands, *pro hac vice*
asands@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: 212-292-5390
Facsimile: 212-292-5391

Peter J. Farnese (SBN 251204)
pfarnese@ipcounselors.com
700 South Flower Street, Suite 1000
Los Angeles, California 90017
Telephone:  310-356-4668
Facsimile:   310-388-1232

Attorneys for Plaintiff,
AirDoctor, LLC

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRDOCTOR, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>XIAMEN QICHUANG TRADE CO., LTD.,<br><br>Defendants. | CASE NO. 2:22-cv-05784-GW(ASx)<br><br>**REQUEST TO CLERK FOR ENTRY OF DEFAULT AS TO DEFENDANT XIAMEN QICHUANG TRADE CO., LTD.** |

1  Pursuant to Rule 55 of the Federal Rules of Civil Procedure, Plaintiff AirDoctor, LLC ("Plaintiff" or "AirDoctor") requests that the Clerk of the above-entitled court enter the default of Defendant Xiamen Qichuang Trade Co., Ltd. ("Defendant") for failure to plead or otherwise defend against this action in a timely manner.

As set forth in the proof of service filed with Court, on June 13, 2023, the Court granted Plaintiff's application for an order authorizing service of process under Fed. R. Civ. P. 4(F)(3). *See* Dkt. 27. On April 21, 2023, Plaintiff attempted to serve the summons and complaint on Defendant via direct message through Defendant's Amazon account, however, upon information and belief, Amazon deleted the message and Plaintiff was unable to determine whether the message containing the pleadings was delivered. Thereafter, on April 24, 2023, Plaintiff successfully sent a message to the Defendant again notifying Defendant of this action, but Plaintiff was unable to attach documents to the Amazon message. On April 26, 2023, Plaintiff sent an email containing the summons, complaint and all case opening documents to Michael L. Bartholomew, Kunzler, Bean & Adamson, Defendant's attorney of record on Defendant's registered trademark, and on the same date, Plaintiff sent the summons and complaint out for service on the Director of the USPTO in accordance with the Court's order, which was successfully delivered on May 1, 2023. *See* Dkt. No. 32.

Accordingly, service was complete on May 1, 2023. The applicable time limit for Defendant to appear or otherwise respond to this action expired on May 22, 2023. Defendant has failed to appear or otherwise file a responsive pleading. *See* Declaration of Peter J. Farnese ("Farnese Decl.") at ¶5.

Defendant is not a minor or incompetent person, thus the entry of default against it is not barred by Fed. R. Civ. P. 55(b)(1). Farnese Decl. at ¶6.

Accordingly, default should be entered against Defendant pursuant to Fed. R. Civ. P. 55(a).

| | | |
|---|---|---|
| DATED: June 21, 2023 | | EPSTEIN DRANGEL LLP |
| | By: | *s/ Peter J. Farnese* <br> Peter J. Farnese |

Ashly E. Sands, *pro hac vice*
asands@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: 212-292-5390
Facsimile: 212-292-5391

Attorneys for Plaintiff
AirDoctor, LLC