**EPSTEIN DRANGEL LLP**
Ashly E. Sands (*admitted pro hac vice*)
asands@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, New York 10165
Telephone: 212-292-5390
Facsimile: 212-292-5391

Peter J. Farnese (SBN 251204)
pfarnese@ipcounselors.com
700 South Flower Street, Suite 1000
Los Angeles, California 90017
Telephone:  310-356-4668
Facsimile:   310-388-1232

Attorneys for Plaintiff,
AirDoctor, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRDOCTOR, LLC, a Delaware Limited Liability Company,<br><br>             Plaintiff,<br><br>      v.<br><br>XIAMEN QICHUANG TRADE CO., LTD.,<br><br>             Defendants. | CASE NO. 2:22-cv-05784 GW(ASx)<br><br>**DECLARATION OF PETER J. FARNESE** |

## DECLARATION OF PETER J. FARNESE

I, Peter J. Farnese, declare as follows:

1. I am an attorney with the law firm Epstein Drangel LLP, counsel of record for Plaintiff AirDoctor, LLC (hereafter "Plaintiff" or "AirDoctor") and am licensed to practice in all courts within the State of California.

2. I make this declaration based in support of Plaintiff's Request to Clerk for Entry of Default as to Defendant Xiamen Qichuang Trade Co., Ltd. ("Defendant").

3. The Complaint was filed on August 15, 2022. (*Docket Entry No.* 1).

4. As set forth in the proof of service filed with the Court, Defendant was served via alternative service on April 24, 2023 (via Amazon message), April 26, 2023 (via Defendant's counsel of record listed on its Trademark Registration) and on May 1, 2023 (via Director of the USPTO). (*Docket Entry No.* 32).

5. Because service was completed as of May 1, 2023, the applicable time limit for Defendant to appear or otherwise respond to this action under the Federal Rules of Civil Procedure expired on May 22, 2023. At the time of this filing, Defendant has failed to appear or otherwise file a responsive pleading.

6. To the best of my knowledge, Defendant is not a minor or incompetent person, thus the entry of default against it is not barred by Fed. R. Civ. P. 55(b)(1).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 21, 2023, at Los Angeles, California.

By: *s/ Peter J. Farnese*
Peter J. Farnese