**EPSTEIN DRANGEL LLP**
Ashly E. Sands, *pro hac vice*
asands@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: 212-292-5390
Facsimile: 212-292-5391

Peter J. Farnese (SBN 251204)
pfarnese@ipcounselors.com
700 South Flower Street, Suite 1000
Los Angeles, California 90017
Telephone: 310-356-4668
Facsimile: 310-388-1232

Attorneys for Plaintiff,
AirDoctor, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRDOCTOR, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>XIAMEN QICHUANG TRADE CO., LTD.,<br><br>Defendants. | CASE NO. 2:22-cv-05784-GW(ASx)<br><br>Judge: Hon. George H. Wu<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT**<br><br>[Memorandum of Points and Authorities; Declarations of Peter J. Farnese and Mohan Ahaus; and [Proposed] Judgement filed concurrently herewith]<br><br>Date:   September 7, 2023<br>Time:   9:00 am<br>Crtm.   9D |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 7, 2023 at 8:30 a.m., or as soon thereafter as this matter may be heard before the Honorable George H. Wu, in Courtroom 9D at the United States Courthouse located at 350 West 1st Street, Los Angeles, California 90012, Plaintiff AirDoctor, LLC ("Plaintiff") through its attorneys of record, will, and hereby do move, for entry of default judgment against Defendant Xiamen Qichuang Trade Co., Ltd. ("Defendant") in accordance with Federal Rule of Civil Procedure 55 and Local Rule 55-1.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities and supporting Declarations of Peter J. Farnese and Mohan Ahaus, the Proposed Judgement; Plaintiff's Complaint, the pleadings and papers on file in this action, and such other and further written or oral evidence as may be presented in connection with this Motion.

Respectfully submitted,

DATED: August 7, 2023

EPSTEIN DRANGEL LLP

By: *s/ Peter J. Farnese*
Peter J. Farnese

Attorneys for Plaintiff,
AirDoctor, LLC